**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GILBERTO OCHOA GODINEZ,

           Plaintiff,

  - against -                                          **JUDGMENT**
                                                                                   CV 20-3602 (JMA) (ARL)

TOP OF THE LINE LANDSCAPING, INC., and
TIMOTHY DUBRISKE,

           Defendants.
-------------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on March 1, 2021, accepting Defendants' February 22, 2021 offer to allow entry of have judgment against them in the amount of $19,000.00, inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff in litigating the Fair Labor Standards Act ("FLSA") to the date of the offer, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Gilbert Ochoa Godinez and against Defendants Top of the Line Landscaping, Inc., and Timothy Dubriske in the amount of $19,000.00, inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff in litigating the FLSA claims to the date of the offer; and that this case is closed.

Dated: March 1, 2021
       Central Islip, New York

                                                          DOUGLAS C. PALMER
                                                          CLERK OF THE COURT
                                          By:   /s/ James J. Toritto
                                                          Deputy Clerk